# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

## PETITION FOR WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. § 2241

MICHAEL DEAN SAMUELSON
_____
PETITIONER
(Full name of Petitioner)

4:23-cv-01034-P
_____
CURRENT PLACE OF CONFINEMENT

vs.

23-94143
_____
PRISONER ID NUMBER

RENE HINOJUSA TDCJ DIRECTOR
WARDEN KING ET, AL,
_____
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

_____
CASE NUMBER
(Supplied by the District Court Clerk)

_____

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.    Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6.    Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7.    It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:

1. ___  ___  pretrial detention;
2. ___  ___  a conviction;
3. ___  ___  a sentence;
4. ___  ___  jail or prison conditions;
5. ___  ___  a prison disciplinary proceeding;
6. ✔  ___  parole or mandatory supervision;
7. ___  ___  time credits;
8. ___  ___  other (specify): _____

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.** (Yes)    No   **If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** _____

*HAD FACE TO FACE REVOCATION HEARING WITH PAROLE BOARD ON 10-19TH 2023, SITUATION WAS EXPLAINED AND IGNORED*

---

1.  Place of detention: _PARKER COUNTY JAIL_
    _612 JAMESON ST WEATHERFORD TEXAS 76086_

2.  State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: _MAN/DEL CONTROLED SUB_
    _THEFT OF PROPERTY 2500 → 30,000 THEFT OF PROPERTY 150 - 300_
    _PETITIONER IS AWAITING INDITEMENTS AND TRIAL_

3.  Name and location of court in which your case is pending or in which you were convicted:
    _PARKER COUNTY COURT IN WEATHERFORD TEXAS_

4.  The criminal docket or case number and the offense(s) for which you have been charged or convicted: _PCF2-23-7868    1217296   1792217_

5.  If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: _NOT CONVICTED_

6.  Check whether a finding of guilty was made:

    a.  after a plea of guilty        _ _

    b.  after a plea of not guilty     _ _

    c.  after a plea of nolo contendere  _ _

7.  If you were found guilty, check whether that finding was made by:

    a.  a jury              _ _

    b.  a judge without a jury   _ _

8.  Did you appeal from the judgment of conviction or the imposition of sentence?

    (Yes) ⊗        (No)

3

9.    If you did appeal, give the following information for each appeal:

      a. (1) Name of court and docket or case number:

                *Not Convicted*

          *Being Held on Parole Hold unable To hand out*

      (2) Result and date of result:

      (3) Grounds raised (list each):

          (a) *Petitioner is being held on a parole hold that indefinate*

          (b)

          (c)

          (d)

      b. (1) Name of court and docket or case number:

          *PCFO-22-7868    1217286    1792217*

      (2) Result and date of result: *Continues To Keep Hold in place*
          *Despite Discharge Date*
      (3) Grounds raised (list each):

          (a)

          (b)

          (c)

(d)_____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **GROUND ONE:** _PETITIONER IS BEING HELD ON A PAROLE HOLD INDEFINATLY, LONG PAST HIS DISCHARGE DATE OF 8-24-2023 WHILE BEING TOLD BY PAROLE BOARD THAT HE betting CREDIT FOR HIS INCARCERATION._

Supporting facts:_SEE EX — 1-5 ON OR ABOUT 8-24-2021 PETITIONER MICHAEL DEAN SAMUELSON WAS SENTENCED TO 2 YEARS TDCJ, AND SENT TO TDCJ TO SERVE THAT SENTENCE. THEN ON 12-20-2023 THE PETITIONER WAS RELEASED ON PAROLE, THIS PETITIONER THEN SERVED ON PAROLE TILL 8-8-2023, WHEN THE PETITIONER WAS CHARGED WITH SEVERAL (SEE ATTACHED)_

b. **GROUND TWO:** _____

_____

_____

Supporting facts:_____

_____

_____

_____

5

_____

_____

_____

c. **GROUND THREE**: _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

_____

d. **GROUND FOUR:** _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

FELONY CHARGES WHICH RESULTED IN THE PAROLE BOARD PUTTING A PAROLE HOLD ON THE PETITIONER. THE HOLD WAS PLACED SO THE PETITIONER COULD NOT MAKE BOND ON HIS CURRENT CHARGES. THE PAROLE HOLD WAS PLACED 16 DAYS BEFORE THIS PETITIONER WAS TO DISCHARGE HIS SENTENCE. SEE EX 1-2-3-4-5. THE PAROLE BOARD HAS STATED THAT THIS PETITIONER IS GETTING TIME CREDITED FOR THE TIME INCARCIRATED TWARDS HIS SENTENCE WHILE THE HOLD IS IN PLACE. THIS PETITIONER CONTENDS THAT IF THATS THE CASE THEN THE HOLD SHOULD BE LIFTED AND PETITIONER SHOULD HAVE DISCHARGED HIS PAROLE BECAUSE PETITIONER HAS SERVED WELL OVER THE 16 DAYS PETITIONER HAD REMAINING TILL HE DISCHARGED HIS SENTENCE. (See EX 4-5) THIS PETITIONER IS BEING HELD ON AN INDEFINATE HOLD BY THE PAROLE BOARD BY KEEPING THE PAROLE HOLD IN PLACE LONG AFTER THIS PETITIONER DISCHARGED HIS PAROLE, AND BECAUSE OF THAT SAID PAROLE HOLD, THE PETITIONER IS UNABLE TO BE FREE ON BOND FROM THE CURRENT CHARGES HE HAS BEEN CHARGED BUT NOT CONVICTED ON. THIS PETITIONER IS ALSO HEREBY CLARIFYING HIS INTENTION TO PROCEED WITH HIS CLAME TO RECOVER MONITARY DAMAGES FOR THE 65 DAYS AND COUNTING PETITIONER HAS BEEN HELD FALSELY IMPRISONED ON HIS PREVIOUS 1983 LAWSUIT.

RESPECTFULLY SUBMITTED

MICHAEL DEAN SAMUELSON
29th OCTOBER 2023

ATTACHED EXIBITS 1-5

ATTACHMENT FROM PAGE 5



# STATE OF TEXAS
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PAROLE DIVISION

---

### Pre-Revocation Warrant
P.O. Box 13401, Capital Station, Austin, Texas 78711
Phone (512)406-5317 | Fax (512)406-5351

---

TO ANY SHERIFF, ANY PEACE OFFICER, ANY OFFICER OR OTHER PERSON AUTHORIZED BY LAW TO SERVE CRIMINAL PROCESS OR TO ANY PERSON IN CHARGE OF ANY JAIL, PENITENTIARY OR OTHER PLACE OF DETENTION:

GREETINGS:

WHEREAS,

| | | | |
|---|---|---|---|
| **Name** | **TDCJ#** | **SID#** | **Issue Date** |
| SAMUELSON,MICHAEL DEAN | 02415494 | 03875896 | 08/08/2023 |
| | | | |
| **Date of birth** | **Gender** | **Race** | **Warrant#** / **Bond Eligible** |
| 07/25/1966 | MALE | WHITE | 08082023-03875896 / No |

was convicted of a felony offense in the state of Texas and was sentenced to the Texas Department of Criminal Justice, Parole Division and the Board of Pardons and Paroles;

AND WHEREAS, said convicted felon was granted a parole or administrative release and remains in the custody of the Texas Department of Criminal Justice -- Parole Division amenable to the orders of the Texas Department of Criminal Justice - Parole Division and the Board of Pardons and Paroles;

AND WHEREAS, reliable information has reached the Texas Department of Criminal Justice -- Parole Division that the administratively released offender has violated the terms, rules and/or conditions of adminstrative release, has lapsed or is about to lapse into criminal ways or company, or was ineligible for release and is hereby declared a fugitive from justice;

NOW THEREFORE, by virtue of the authority vested in the Texas Department of Criminal Justice, Parole Division by Texas Goverment Code Ann. §508.251, it is hereby ordered that said adminstative offender be arrested, detained and housed until such time as he may be placed in the custody of an agent of the Texas Department of Criminal Justice, Correctional Institutions Division or until further order of the Texas Department of Criminal Justice -- Parole Division or the Board of Pardon and Paroles, and for doing, this shall be your sufficient warrant.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
PAROLE DIVISION


*Rene Hinojosa*

**Rene Hinojosa**
~~TDCJ Parole Division Director~~

08/08/2023

**Date**

**This offender is NOT eligible for release bond.**

Date of Issuance: 08/08/2023

---

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.

# STATE OF TEXAS
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PAROLE DIVISION

---

## Violation Report

---

| | | |
|---|---|---|
| **Name** SAMUELSON,MICHAEL DEAN | **SID #** 03875896 | **TDCJ #** 02415494 |
| **Report Date:** 06/30/2023 | **VR Number:** 33151037 | |

---

I, JACQUELINE PYBURN, do hereby certify that the above information is true and correct to the best of my knowledge

| | |
|---|---|
| JACQUELINE PYBURN | 08/07/2023 |
| **Parole Officer Signature** | **Date** |

### UNIT SUPERVISOR RECOMMENDATION

PO3
DAVID SIMS

**Recommendation**                                          **Recommendation Date**
Issue Warrant                                               08/08/2023   *16 DAYS BEFORE DISCHARGE*

**Interventions**

**Comments**
Felony charges, affidavit for Warrants and offense report   scanned in.

| | |
|---|---|
| DAVID SIMS | 08/08/2023 |
| **Unit Supervisor Signature** | **Date** |

---

### PAROLE DIVISION ACTION

**Decision**                                                **Decision Date**
Issue Warrant                                               08/08/2023

**Decision by**                                             **Date/Time Warrant Published**
REHM,JAMES                                                  08/08/2023          01:05:07 pm

**Warrant#**                                                **Bond Eligible**
08082023-03875896                                          No

**Comments**

---





## STATE OF TEXAS
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
#### PAROLE DIVISION

### Violation Report

| Report Date: | 06/30/2023 | VR Number: | 33151037 |
|---|---|---|---|

## OFFENDER INFORMATION

**Name**
SAMUELSON,MICHAEL DEAN

| TDCJ#/PIA# | SID# | FBI# | OOS# |
|---|---|---|---|
| 02415494 | 03875896 | 182045HA4 | |

**Legal county of residence**
TARRANT

## PRESENT OFFENSES

| Offense Date | ID Offense Description | Sentence | Conviction County |
|---|---|---|---|
| 11/02/2018 | ASLT FAM/HH MEM IMPEDE BRETH/CIR | 2Y 0M 0D | TARRANT |
| 06/21/2019 | TERR THRT IMP SERV/PUB FEAR SBI | 2Y 0M 0D | TARRANT |

## GENERAL INFORMATION

| Report Type | Absconder | Case Type | Caseload Category |
|---|---|---|---|
| Violation | NO | Texas | Mentally ill |

| Supervision Level | Number of Warrants | Release date | Maximum expiration date |
|---|---|---|---|
| Low-Moderate | 4 | 12/20/2022 | 08/24/2023 |

**Offender Status**
Pre-Revocation - In Custody

## INVESTIGATIVE CONTACTS

**Last home contact**
05/09/2023

**Last face-to-face contact**
08/15/2023

**Attempted home contact**

**Law enforcement contact**
08/04/2023

## ALLEGATION(S)

The offender was read and explained each of the rules and conditions of release on 04/17/2023

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.



# State of Texas

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PARDONS AND PAROLE DIVISION
### Certificate of Mandatory Supervision
### General Conditions of Mandatory Supervision Release

| Name | TDCJ# | SID# |
|---|---|---|
| SAMUELSON, MICHAEL DEAN | 02415484 | 03875896 |

In consideration of the release to Mandatory Supervision granted by the State of Texas, I do hereby accept such Mandatory Supervision. I recognize that my release is conditional based upon my performance of the following terms and conditions:

1. I shall upon release from the institution, report immediately, as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

2. I shall commit no offense against the laws of this State or of any other State or of the United States.

3. I shall reside in a specified place as approved by my supervising officer.

4. I shall not travel outside the State of Texas without the approval of my supervising officer.

5. I shall not unlawfully own, possess, use, sell, nor have under my control any weapon or illegal weapon.

6. Effective September 1, 2021, the Texas Board of Pardons and Paroles rescinded this condition by Board Resolution BPP-RES 21.07.01.

7. I shall not enter into any agreement to act as "informer" or special agent for any law enforcement agency without specific written approval of the Parole Division Director or designee.

8. I shall abide by all Special Conditions imposed upon me by the Board.

9. General Provisions:

    A. I hereby agree to abide by all rules of Mandatory Supervision imposed by Texas or the receiving state including, but not limited to, the requirement that I appear at any hearings or proceedings concerning alleged violations of Mandatory Supervision as required by the law of the receiving state, any state in which I may be found or the State of Texas. I further agree and consent that the receiving state, if I am under the Interstate Compact for Adult Offender Supervision, or any state wherein I may be found while on Mandatory Supervision jurisdiction may conduct such hearings as deemed necessary, proper or which may be required by law.

    B. In the event I am granted the privilege of residing in and being under the supervision of any other state or territory under the Interstate Compact for Adult Offender Supervision pursuant to Texas Government Code, Section 510.07 and/or rules enacted by the Interstate Comission on Adult Offender Supervision and if for any reason I may be outside of the State of Texas in violation of the terms and conditions of mandatory supervision I hereby agree to waive extradition to the State of Texas from any other state or territory jurisdiction in or outside the United States where I may be found. I further agree that I will not in any manner contest any effort by the State of Texas, the receiving state or territory or any other state of territory jurisdiction in or outside the United States, to return me to the State of Texas.

    C. I shall pay, during the period of my supervision, any and all outstanding fines, court costs and fees adjudged against me, to the clerk of the court of conviction, and I agree to provide my Parole Officer with documentation verifying payment of said amounts. I shall pay a supervision fee for each month that I am required to report to a Parole Officer as instructed by my Parole Officer.

    D. In the event I am placed in or allowed to reside in a halfway house or community residential facility, I hereby agree to go directly to and reside in the facility designated by the Parole Division until released by the Division. I shall abide by the rules of the facility and attend all required meetings. I shall not leave the physical confines of the facility and the property thereof, except for traveling to and from work, or as authorized by facility rules. During my stay, I shall pay 25% of my gross income to the facility if required. I shall leave all keys to any motor vehicle that I have use of with facility staff when the motor vehicle is not in authorized use.

    E. As required by the Board, I shall obtain and keep in my possession a Texas Department of Public Safety (DPS) Personal Identification Card or Driver's License. I shall present said identification to law enforcement or Texas Department of Criminal Justice officials upon request.

    F. If I am released to a detainer and deported outside the international borders of the United States prior to the maximum expiration date shown on this Release Certificate, I shall not enter the United States unlawfully. In the event that I gain lawful entry into the United States, I shall report immediately, as instructed to the office shown on this Release Certificate. If at any time prior to the maximum expiration date shown on this Release Certificate said detaining agency fails to exercise custody, I shall immediately upon release (within 24 hours) report as instructed to the office shown on this Release Certificate.

I HEREBY CERTIFY, that I fully understand and agree to be bound by each of the conditions under which I am being released. I further understand and agree that a violation or refusal to comply with any of the conditions of supervision may be sufficient cause for revocation of supervision. I understand that when a warrant or a summons is issued that the sentence time credit shall be suspended until a determination is made in such case and such suspended time credit may be reinstated should supervision be continued.

I UNDERSTAND AND AGREE THAT WHILE UNDER SUPERVISION I REMAIN IN THE LEGAL CUSTODY OF THE STATE OF TEXAS SUBJECT TO THE ORDERS OF THE BOARD AND PAROLE DIVISION.

AGREED AND SIGNED.

X _____          11/20/22
SAMUELSON, MICHAEL DEAN                      DATE

I hereby certify that these rules, regulations and conditions have been explained to the offender and he/she has agreed to abide by the same upon release.

_____          10/20/22
PAROLE DIVISION REPRESENTATIVE               DATE

Page 3



# State of Texas

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## PARDONS AND PAROLE DIVISION

### Certificate of Mandatory Supervision

| Name | | TDCJ# | BID# |
|---|---|---|---|
| SAMUELSON, MICHAEL DEAN | | 02415494 | 03875896 |

**T**   I shall comply with Electronic Monitoring program.

**V2**   I shall not intentionally or knowingly communicate directly or indirectly with a victim of the offense(s) for which I was sentenced to the Institutional Division; not intentionally or knowingly communicate or cause communication in person, by telephone, correspondence, video or audio device, third person, media, or by any electronic means with the victim, a guardian of the victim, or a close relative of the deceased victim of the offense(s) for which I was sentenced to the Institutional Division; not intentionally or knowingly go near a residence, school, place of employment or a business of the victim of the offense(s) for which I was sentenced to the Institutional Division; not intentionally or knowingly go to or near a school, day-care facility, or similar facility where a dependent child of the victim of the offense(s) for which I was sentenced to the Institutional Division is in attendance.

ISSUED BY ORDER OF THE BOARD OF PARDONS AND PAROLES AT AUSTIN, TEXAS ON THE 19TH DAY OF DECEMBER 2022

If mandatory supervision is satisfactorily completed,
maximum expiration date will be:   08/24/2023

DAVID G. GUTIERREZ
BOARD OF PARDONS AND PAROLES

Page 2

11.    Relief sought in this petition: _THAT PETITIONERS PAROLE HOLD BE LIFTED_
_AND HIS PAROLE BE DISCHARGED SO THAT HE CAN BOND_
_OUT ON HIS CURRENT CHARGES, AND ORDER THERE OF ISSUED_

12.    Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

(Yes)        No

13.    If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

a. (1) Name of court and docket or case number: _NO 4:23-CV-1034-P_

(2) Result and date of result: _ORDERD TO FILE 2241_   _OCT-24-2023_

(3) Grounds raised (list each):

(a) _PETITIONER RAISED SAME GROUNDS ON_
_1983 CIVIL RIGHTS COMPLANT NO 4:23CV1034P_

(b) _____

_____

(c) _____

_____

(d) _____

_____

b. (1) Name of court and docket or case number: _____

_____

(2) Result and date of result: _____

(3) Grounds raised (list each):

(a) _____

_____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14.    If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

_____

_____

15.    Are you presently represented by counsel?    Yes    (No)
If so, name, address and telephone number of attorney:_____

_____

16.    If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?    (Yes)    No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____

Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _OCTOBER 28TH 2023_____ (month, day, year).

Executed (signed) on _OCTOBER 29TH 2023___ (date).

_____

Signature of Petitioner (required)

Petitioner's current address:

_PARKER COUNTY JAIL_____

_612 JAMESON ST_____

_WEATHERFORD, TX 76086___

_____

ATTN: CLERK OF THE COURT        10-28-2023

PLEASE FIND THE INCLOSED WRIT OF
HABEAS CORPUS FORM # 2241  CASE NO:
4:23-CV-1034-P, AS WELL AS 5
EXIBIT ATTACHMENTS AND THE REQUIRED
FORMA PAUPRIS FOR THE HONORABLE
JUDGE  MARK T. PITTMANS INSPECTION
AND RULEING.

                    THANK YOU SINCERLY
                    MICHAEL D. SAMVELSON

                    INMATE # 23-94143
                    PARKER COUNTY JAIL
                    612 JAMESON ST
                    WEATHERFORD, TX 76086

MICHAEL DEAN SAMUELSON 23-94143
PARKER COUNTY JAIL
612 JAMESON ST
WEATHERFORD, TEXAS 76086






UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
**501** WEST TENTH ST, Room 310
FT WORTH, TX 76102


RECEIVED
NOV - 2 2023

LEGAL

LEGAL