UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL DEAN SAMUELSON,
INSTITUTIONAL ID NO. 23-94143,**

 Plaintiff,

v.             **No. 4:23-cv-1034-P**

**WARDEN KING, ET AL.,**

 Defendants.

## FINAL JUDGMENT

 In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's civil-rights action is **DISMISSED**. *See* FED. R. CIV. P. 58.

 **SO ORDERED** on this **13th day** of **February, 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE